## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

QUINN AARON KLEIN,                  )
                                    )
                Plaintiff,          )
vs.                                 )          NO.  CIV-13-1207-HE
                                    )
JO GWINN, *et al.,*                 )
                                    )
                Defendants.         )

## ORDER

Plaintiff Quinn Aaron Klein, a state prisoner appearing *pro se*, filed this § 1983 action, alleging violation of his constitutional rights.  The matter was referred for initial proceedings to Magistrate Judge Charles B. Goodwin, pursuant to 28 U.S.C. § 636(b)(1)(B).  He has recommended that plaintiff's request to proceed *in forma pauperis* ("*ifp*") be denied because plaintiff has accumulated three strikes, *see* 28 U.S.C. § 1915(g),  and has not demonstrated the required "imminent danger of serious physical injury" for *ifp* status.  *Id.*

Plaintiff responded by filing a motion seeking leave to respond out of time and an objection to the Report and Recommendation.  Plaintiff's motion to file a late response [Doc. #18] is **GRANTED**.  However, the court is not persuaded by plaintiff's objection.  He has not shown that the magistrate judge erred when he concluded plaintiff had not made the necessary showing to proceed *ifp*.

Accordingly, the court adopts Magistrate Judge Goodwin's Report and Recommendation.  Plaintiff's motion to proceed *ifp* [Doc. #3] is **DENIED**.  Unless plaintiff pays the $400.00 filing fee by **January 17, 2014**, this action will be dismissed without

1

prejudice.

**IT IS SO ORDERED**.

Dated this 27th day of December, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE